IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA MAZZA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE KING, Acting Commissioner of Social Security,<br><br>    Defendant. | 8:23-CV-466<br><br>ORDER |

  This matter is before the Court on the Magistrate Judge's Findings and Recommendations (filing 32) recommending that the plaintiff's motion for an order reversing the Commissioner's decision (filing 14) and the Commissioner's motion for an order affirming the Commissioner's decision (filing 19) be denied. Neither party has objected to the Findings and Recommendations. *See* NECivR 72.2(a).

  Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The parties were expressly advised that "failing to file an objection to this recommendation as provided in the local rules of this Court may be held to be a waiver of any right to appeal the court's adoption of the recommendation." Filing 32 at 16. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553

F.3d 609 (8th Cir. 2009); *see also United States v. Meyer,* 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will adopt the Magistrate Judge's Findings and Recommendations, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendations (filing 32) are adopted.

2. The plaintiff's Motion for an Order Reversing the Commissioner's Decision (filing 14) is granted.

3. The Commissioner's Motion for an Order Affirming the Commissioner's Decision (filing 19) is denied.

4. This case is remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Findings and Recommendation.

5. A separate judgment will be entered.

Dated this 11th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge